B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Loon Cafe, Ltd** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3840286** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2826 N. Thatcher Ave**<br>**River Grove, IL**<br>ZIP Code **60171** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**         *** Joseph A. Baldi 00100145 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The Loon Cafe, Ltd** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **The Loon Cafe, Ltd** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  **/s/ Joseph A. Baldi**
Signature of Attorney for Debtor(s)

  **Joseph A. Baldi 00100145**
Printed Name of Attorney for Debtor(s)

  **Joseph A. Baldi & Associates, P.C.**
Firm Name

  **19 South LaSalle Street**
  **Suite 1500**
  **Chicago, IL 60603**
Address

           **Email: jabaldi@ameritech.net**
  **312-726-8150  Fax: 312-332-4629**
Telephone Number

  **January 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Judith Stamm**
Signature of Authorized Individual

  **Judith Stamm**
Printed Name of Authorized Individual

  **President**
Title of Authorized Individual

  **January 17, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **The Loon Cafe, Ltd**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184 | Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184 | credit card | | 70,000.00 |
| Brook Weiner LLC<br>125 S Wacker Drive<br>10th Floor<br>Chicago, IL 60606-4497 | Brook Weiner LLC<br>125 S Wacker Drive<br>10th Floor<br>Chicago, IL 60606-4497 | yellow pages collections | | 8,022.00 |
| Commonwealth Edison<br>PO Box 6111<br>Carol Stream, IL 60197 | Commonwealth Edison<br>PO Box 6111<br>Carol Stream, IL 60197 | electric service | | 5,334.50 |
| Dex Yellow Pages | Dex Yellow Pages | | | 8,000.00 |
| Domestic Uniform<br>4131 N. Ravenswood<br>Chicago, IL 60610 | Domestic Uniform<br>4131 N. Ravenswood<br>Chicago, IL 60610 | linen and uniform rental | Contingent<br>Unliquidated<br>Disputed | 60,000.00 |
| Guardian Protection<br>%Joseph, Mann & Creed Collection<br>20600 Chagrin Blvd, Ste 550<br>Shaker Heights, OH 44122 | Guardian Protection<br>%Joseph, Mann & Creed Collection<br>20600 Chagrin Blvd, Ste 550<br>Shaker Heights, OH 44122 | | | 4,561.87 |
| Hudson Energy<br>PO Box 142109<br>Irving, TX 75014 | Hudson Energy<br>PO Box 142109<br>Irving, TX 75014 | | | 8,130.50 |
| Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph Street<br>Chicago, IL 60606 | Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph Street<br>Chicago, IL 60606 | sales taxes, income taxes | | 49,000.00 |
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn<br>Chicago, IL 60604 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn<br>Chicago, IL 60604 | 941 payroll taxes | | 107,000.00 |
| International Meats<br>7107 West Grand Avenue<br>Chicago, IL 60707-2806 | International Meats<br>7107 West Grand Avenue<br>Chicago, IL 60707-2806 | meat purchases | | 12,259.84 |

Case 10-01590    Doc 1    Filed 01/17/10    Entered 01/17/10 23:26:25    Desc Main
              Document          Page 5 of 11                                                    1/17/10 11:17PM

B4 (Official Form 4) (12/07) - Cont.

In re **The Loon Cafe, Ltd** Case No.
 　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Jamie Sanchez Plumbing**<br>**2412 Scoville**<br>**Berwyn, IL 60608** | **Jamie Sanchez Plumbing**<br>**2412 Scoville**<br>**Berwyn, IL 60608** | **plumbing services** | | **5,000.00** |
| **Jesus Correea** | **Jesus Correea** | | | **7,000.00** |
| **Kirie Family Investment Partnership**<br>**PO Box 361**<br>**Wilmette, IL 60091** | **Kirie Family Investment Partnership**<br>**PO Box 361**<br>**Wilmette, IL 60091** | **past due rent** | | **4,600.00** |
| **Liborio Baking Co**<br>**PO Box 328**<br>**8212 W Grand Avenue**<br>**River Grove, IL 60171** | **Liborio Baking Co**<br>**PO Box 328**<br>**8212 W Grand Avenue**<br>**River Grove, IL 60171** | **baked goods** | | **4,379.40** |
| **MC Foods**<br>**2701 N. Harlem Ave**<br>**Chicago, IL 60707-1636** | **MC Foods**<br>**2701 N. Harlem Ave**<br>**Chicago, IL 60707-1636** | **inventory purchases** | | **6,443.00** |
| **Nicor Gas**<br>**PO Box 632**<br>**Aurora, IL 60507-0632** | **Nicor Gas**<br>**PO Box 632**<br>**Aurora, IL 60507-0632** | **gas service** | | **4,497.23** |
| **Nordic Energy Services, LLC**<br>**%Stein & Rotman**<br>**105 W Madison Street, Ste 600**<br>**Chicago, IL 60602** | **Nordic Energy Services, LLC**<br>**%Stein & Rotman**<br>**105 W Madison Street, Ste 600**<br>**Chicago, IL 60602** | | | **5,806.00** |
| **Village of River Grove**<br>**2621 Thatcher**<br>**River Grove, IL 60171** | **Village of River Grove**<br>**2621 Thatcher**<br>**River Grove, IL 60171** | **water service** | | **5,600.00** |
| **Vince Rago** | **Vince Rago** | | | **6,000.00** |
| **Wirtz Beverage**<br>**%Abrams & Abrams**<br>**180 W Washington St, Ste 910**<br>**Chicago, IL 60602** | **Wirtz Beverage**<br>**%Abrams & Abrams**<br>**180 W Washington St, Ste 910**<br>**Chicago, IL 60602** | **liquor purchases** | | **8,786.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 17, 2010**　　　　　　Signature **/s/ Judith Stamm**
　　　　　　　　　　　　　　　　　　　　　　　**Judith Stamm**
　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

```
American Compressed Gases, Inc
189 Central Avenue
Old Tappan, NJ 07675


AT&T
PO Box 105068
Atlanta, GA 30348-5068


AT&T
Billing Department
1842 Centre Point Drive #1106
Naperville, IL 60563


Automatic Icemakers
PO Box 5436
Chicago, IL 60680


Bank of America
PO Box 15184
Wilmington, DE 19850-5184


Brook Weiner LLC
125 S Wacker Drive
10th Floor
Chicago, IL 60606-4497


Casa Nostra Bakery
3140 Mannheim Road
Franklin Park, IL 60131


Chaet Kaplan Baim
30 N LaSalle Street
Suite 1520
Chicago, IL 60602


Comcast Cable
155 Industrial Drive
Elmhurst, IL 60126


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197


Dex Yellow Pages
```

```
Domestic Uniform
4131 N. Ravenswood
Chicago, IL 60610


Fire Science Techniques, Ltd
PO Box 217
Oak Forest, IL 60452


Gemini Business Solutions, inc
228 Park Ave. South
Suite 30815
New York, NY 10003


Guardian Protection
%Joseph, Mann & Creed Collection
20600 Chagrin Blvd, Ste 550
Shaker Heights, OH 44122


Hudson Energy
PO Box 142109
Irving, TX 75014


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60606


Illinois State Disbursements Unit
PO Box 5921
Carol Stream, IL 60197


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn
Chicago, IL 60604


International Meats
7107 West Grand Avenue
Chicago, IL 60707-2806


J.S. Paluch Co., Inc
PO Box 2703
Schiller Park, IL 60176
```

Jamie Sanchez Plumbing
2412 Scoville
Berwyn, IL 60608


Jesus Correea


Joe Caputo and Sons
100 S Randall Road
Algonquin, IL 60102


Jose


Kirie Family Investment Partnership
PO Box 361
Wilmette, IL 60091


Kleen Air Service Corp
5354 N Northwest Highway
Chicago, IL 60630


Liborio Baking Co
PO Box 328
8212 W Grand Avenue
River Grove, IL 60171


Martin Resendez


MC Foods
2701 N. Harlem Ave
Chicago, IL 60707-1636


Medicredit
PO Box 410917
Saint Louis, MO 63141


Mid American Energy
%LC System, Inc
444 Highway 96, PO Box 64437
Saint Paul, MN 55164

```
Midwest Bank & Trust Company
501 W. North Avenue
Melrose Park, IL 60160


Midwest Time Recorder, Inc.
7964 S Madison Street
Burr Ridge, IL 60527


Mr Luigis Ravioli
5417 25th Street
Cicero, IL 60804


Mr Seafood Dist.
8256 W Grand Avenue
River Grove, IL 60171


MT Foodservice
400 N Noble St
Chicago, IL 60622


Multiut Corp
7514 N Skokie Blvd
Skokie, IL 60077


Muzak
3318 Lakemont Blvd
Fort Mill, SC 29708


National Retail Supply
201 Penn Center Blvd, #400
Pittsburgh, PA 15235


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


Nicor Gas
PO Box 632
Aurora, IL 60507-0632


Nordic Energy Services, LLC
%Stein & Rotman
105 W Madison Street, Ste 600
Chicago, IL 60602
```

```
Pioneer Press
%Biehl & Biehl Inc
PO Box 87410
Carol Stream, IL 60188


Ron's Lighting Inc
11659 29th St
Beach Park, IL 60099


Shine-Awn Inc.
6631 W 16th Street
Berwyn, IL 60402


Shultz Supply
%Abrams and Abrams
180 W Washington, Ste 910
Chicago, IL 60602


Stap Inc
370 W Morgan Street
Chicago, IL 60607


Taglia & Associates, CPA
7355 W Garden Court
River Forest, IL 60305


Trumball Excavating
2341 River Road
River Grove, IL 60171


US Foods
PO Box 98420
Chicago, IL 60693-8420


Village of River Grove
2621 Thatcher
River Grove, IL 60171


Vince Rago



Waste Management
1411 Opus Place
Suite 400
Downers Grove, IL 60515
```

```
Wirtz Beverage
%Abrams & Abrams
180 W Washington St, Ste 910
Chicago, IL 60602
```